IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Leo McClam, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 3:07-1430-TLW-JRM |
| vs. | ) | |
| | ) | |
| Dr. NFN Wadman and Dr. NFN Corales, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Plaintiff, Leo McClam, ("plaintiff") brought this action seeking relief pursuant to Title 42 Unites States Code Section 1983 against the defendants Dr. NFN Wadman and Dr. NFN Corales. (Doc. #1). The plaintiff filed a motion to dismiss pursuant to rule 41 of the Federal Rules of Civil Procedure on August 24, 2007. (Doc. #18). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph R. McCrorey, to whom this case had previously been assigned. (Doc. #31). In the Report, Magistrate Judge McCrorey recommends that the District Court grant the plaintiff's motion to dismiss the complaint. (Doc. #20). Objections to the Report were due September 28, 2007. The defendants filed no objections to the Report.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #20) and the plaintiff's motion to dismiss is **GRANTED**.

**IT IS SO ORDERED**.

                                            S/Terry L. Wooten
                                            Terry L. Wooten
                                            United States District Judge

January 29, 2008
Florence, South Carolina